TIMOTHY B. DEL CASTILLO (SBN 277296)
tdc@castleemploymentlaw.com
LISA L. BRADNER (SBN 197952)
lb@castleemploymentlaw.com
SPENCER TURPEN
st@castleemploymentlaw.com
**CASTLE LAW:  CALIFORNIA EMPLOYMENT COUNSEL, PC**
2999 Douglas Boulevard, Suite 180
Roseville, CA  95661
Telephone:  (916) 245-0122

AVALON JOHNSON FITZGERALD (SBN 288167)
afitzgerald@rtwlawllp.com
JAKE C. WEAVER (SBN 300962)
jweaver@rtwlawllp.com
**REYNOLDS TILBURY WOODWARD LLP**
11601 Blocker Drive, Suite 105
Auburn, CA 95603
Telephone:  (530) 885-8500
Facsimile:  (530) 885-8113

Attorneys for Defendant Gesick Concrete, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CASHPAL, on behalf of the State of California and other aggrieved persons,<br><br>Plaintiff,<br><br>v.<br><br>GESICK CONCRETE, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  2:23-cv-01133-TLN-AC<br><br>**STIPULATION FOR ARBITRATION AND ORDER** |

Plaintiff Carlos Cashpal ("Plaintiff") and Defendant Gesick Concrete, Inc. ("Defendant") (together, "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint in the Superior Court of California, County of Sacramento, on April 12, 2023, in Case No. 34-2023-00337850-CU-OE-GDS, alleging PAGA claims individually and on behalf of other allegedly aggrieved employees (the "Action").

2. Defendant removed the Action to this Court on June 13, 2023.

3. The Parties have agreed to arbitrate Plaintiff's individual PAGA claims alleged in the Action as required by the Northern California AGC/Laborers Master Agreement.

4. The arbitration shall be with AAA per the AAA Employment Arbitration Rules and Procedures.

5. All claims brought by Plaintiff on behalf of the allegedly aggrieved employees in the Action shall be dismissed without prejudice.

6. In light of the foregoing facts, the above-captioned case shall be stayed in its entirety pending the outcome of the arbitration and/or otherwise resolution of Plaintiff's individual PAGA claim, subject to a later motion to confirm the arbitration award, if any.

Dated: July 26, 2023                    WILSHIRE LAW FIRM, PLC


By: */s/ Christina M. Le* (as authorized on 7/26/23)
CHRISTINA LE
Attorneys for Plaintiff CARLOS CASHPAL


Dated: July 26, 2023                    REYNOLDS TILBURY WOODWARD LLP

By:     */s/ Avalon Johnson Fitzgerald*
AVALON JOHNSON FITZGERALD
Attorneys for Defendant GESICK CONCRETE, INC.

**ORDER**

The Parties having stipulated, and good cause appearing, it is HEREBY ORDERED that:

1. Plaintiff's individual PAGA claim in the above-captioned case shall be SUBMITTED TO ARBITRATION before AAA and arbitrated per the AAA Employment Arbitration Rules & Procedures.

2. All claims brought by Plaintiff on behalf of the allegedly aggrieved employees in the Action shall be DISMISSED WITHOUT PREJUDICE.

3. The above-captioned case shall be STAYED in its entirety pending the outcome of arbitration, and/or otherwise resolution of Plaintiff's individual PAGA claim, subject to a later motion to confirm the arbitration award, if any.

IT IS SO ORDERED.

Dated: July 27, 2023

Troy L. Nunley
United States District Judge