Benjamin H. Haber (SBN 315664)
benjamin.haber@wilshirelawfirm.com
Daniel J. Kramer (SBN 314625)
daniel.kramer@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff CARLOS CASHPAL*

[*Additional counsels listed on the following page*]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CASHPAL, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GESICK CONCRETE, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | Case No.: 2:23-CV-01133-TLN-AC<br><br>[*Assigned to Hon. Judge Troy L. Nunley, Ctrm. 2*]<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS; ORDER**<br><br>Complaint filed:   April 12, 2023 |

JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

TIMOTHY B. DEL CASTILLO (SBN 277296)
tdc@castleemploymentlaw.com
LISA L. BRADNER (SBN 197952)
lb@castleemploymentlaw.com
**CASTLE LAW: CALIFORNIA EMPLOYMENT COUNSEL, PC**
2999 Douglas Boulevard, Suite 180
Roseville, CA  95661
Telephone:  (916) 245-0122

AVALON JOHNSON FITZGERALD (SBN 288167)
afitzgerald@rtwlawllp.com
JAKE C. WEAVER (SBN 300962)
jweaver@rtwlawllp.com
**REYNOLDS TILBURY WOODWARD LLP**
11601 Blocker Drive, Suite 105
Auburn, CA 95603
Telephone:  (530) 885-8500
Facsimile:  (530) 885-8113

*Attorneys for Defendant Gesick Concrete, Inc.*

JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

**TO THE COURT AND ALL PARTIES:**

Plaintiff Carlos Cashpal ("Plaintiff") and Defendant Gesick Concrete, Inc. ("Defendant") (together, the "Parties"), by and through their respective counsel, recite and agree as follows:

1. WHEREAS, in March 2025, the Parties, along with three additional non-parties who previously worked for Defendant, reached a settlement;

2. WHEREAS, on March 10, 2025, the Parties filed a Joint Status Report regarding the status of the settlement and execution of the agreement;

3. WHEREAS, on April 11, 2025, this Court issued an order requiring Plaintiff to file dispositional documents within fourteen (14) days of that order;

4. WHEREAS, while the Parties had been making good faith efforts to execute the settlement, Plaintiff's counsel needed additional time to fully execute the agreement;

5. WHEREAS, the Parties have now fully executed the settlement agreement;

6. WHEREAS, pursuant to the Parties' agreement, the Parties have certain obligations that must be completed within the next thirty (30) days, at which point Plaintiff is then required to file a request for dismissal of this case within the next ten (10) days;

7. WHERES, no prior continuances have been requested in connection with the Court's April 11, 2025 Minute Order;

8. THEREFORE, pursuant to Eastern District Local Rule 144(a), the Parties stipulate and jointly request that the Court grant a 45-day extension of time, to June 9, 2025, for Plaintiff to file dispositional documents. This extension will not affect or alter any other deadlines set by Court Order.

**IT IS SO STIPULATED.**

Dated: April 24, 2025                                    WILSHIRE LAW FIRM, PLC

By: __/s/ *Benjamin Haber*_____
BENJAMIN HABER
Attorneys for Plaintiff CARLOS CASHPAL

Dated: April 24, 2025                                  REYNOLDS TILBURY WOODWARD LLP

By: */s/ Avalon Johnson Fitzgerald*
AVALON JOHNSON FITZGERALD
Attorneys for Defendant
GESICK CONCRETE, INC.

## ORDER

Based on the stipulation of Plaintiff Carlos Cashpal and Defendant Gesick Concrete, Inc., and good cause appearing, IT IS HEREBY ORDERED THAT Plaintiff shall have until June 9, 2025, to file dispositional documents.

IT IS SO ORDERED.

Dated: April 25, 2025

_____
Troy L. Nunley
Chief United States District Judge